STATE v. BLACK

No. 492P97

Case below: 127 N.C.App. 397

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

STATE v. BROWN

No. 65A85-2

Case below: Robeson County Superior Court

Petition by Attorney General for writ of certiorari to review the order of Superior Court, Robeson County denied 6 November 1997.

STATE v. CARNES

No. 540P97

Case below: 127 N.C.App. 561

Petition by defendant for writ of supersedeas and motion for temporary stay denied 19 November 1997.

STATE v. CASHWELL

No. 457P97

Case below: 127 N.C.App. 210

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

STATE v. CONNELL

No. 551P97

Case below: 127 N.C.App. 685

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 4 December 1997.